UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON HERSHEY,

     Plaintiff,

     v.

HARDIN COUNTY SHERIFF'S DEPARTMENT,

     Defendant.

Case No. 26-cv-00033-JPG

**MEMORANDUM AND ORDER**

This case is before the Court after Plaintiff Jason Hershey failed to comply with a court order and to prosecute his claims. On January 13, 2026, Plaintiff filed a complaint against the Hardin County Sherriff's Department pursuant to 42 U.S.C. § 1983. The Court screened the complaint and dismissed it without prejudice for failure to state a claim. Plaintiff was given up to an including March 16, 2026, to file an amended complaint. He failed to file an amended complaint by the deadline.

On March 23, 2026, the Court ordered Plaintiff to show cause, on or before April 22, 2026, why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. That deadline has passed, and Plaintiff has not responded to the order to show cause. Accordingly, the Court **DENIES** the Motion for Leave to Proceed *in Forma Pauperis* (Doc. 4) and **DISMISSES** this case **without prejudice**. It **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**: April 30, 2026

_____
**J. PHIL GILBERT**
**United States District Judge**