UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON HERSHEY,

     Plaintiff,

     v.

HARDIN COUNTY SHERIFF'S DEPARTMENT,

     Defendant.

Case No. 26-cv-00033-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to comply with a court order and to prosecute his claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: May 1, 2026**

**MONICA A. STUMP, Clerk of Court**

Tina A Gray
Digitally signed by Tina A Gray
Date: 2026.05.01 05:00:31
-05'00'

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**